# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

May 21, 2020

**By ECF**

Honorable Andrew L. Carter, Jr.  
United States District Court Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

   Re: *United States v. Jamer Davis*  
      **18 Cr. 420 (ALC)**

Dear Judge Carter:

  I write to respectfully request an adjournment of Mr. Davis' status conference now scheduled for May 27, 2020, until the week of September 7, 2020 at a time convenient to the Court. This request is made in light of the continued COVID-19 pandemic and quarantine.

  AUSA Jacob Warren has no objection to this request.

              Very truly yours,

              *William J. Stampur*

              William J. Stampur

cc: AUSA Jacob Warren