```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/9/20__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **UNITED STATES OF AMERICA**        :
                                                     :
                                                     :
               **-against-**                      :          **18-CR-420 (ALC)**
                                                         :
                                                         :          **ORDER**
   **BENJAMIN LUCRE,**                 :
                                                      :
                             **Defendants.**    :
                                                         :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Telephone Hearing set for **June 12, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: June 9, 2020**
       **New York, New York**

                                                     */s/ Andrew L. Carter, Jr.*
                                                     _____
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**