IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-CR-420

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER ON MOTION FOR |
| | ) | REDUCTION IN SENTENCE |
| V. | ) | UNDER 18 U.S.C. § 3582(c)(1)(A) |
| | ) | |
| BENJAMIN LUCRE, 85841-054, | ) | (COMPASSIONATE RELEASE) |
| _____ | ) | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a deduction is warranted (and, if so, the amount of the reduction),

IT IS ORDERED that the motion is:

☒ GRANTED

☒ The defendant's previously imposed sentence of imprisonment of 60 Months is reduced to _____; or

☒ Time served:

    ☐ The defendant is to remain in Bureau of Prisons custody until the defendant's residence can be verified *or* a release plan can be developed. Additional custody shall not exceed _____ days unless extended by the Court, or

    ☒ An appropriate release plan is in place and the defendant shall be released immediately.

## SUPERVISED RELEASE

☐ The defendant's term of supervised release is unchanged.

☐ The defendant's term of supervised release is changed from _____ to _____.

☐ The defendant's conditions of supervised release are unchanged.

☒ The defendant's conditions of supervised release are modified as follows:

The defendant shall be subject to home detention for a period of 18 months, to be enforced by technology as determined by probation. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities pre-approved by the probation officer. Installation of the monitoring equipment will take place after a 14 day quarantine period has been completed. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

☐ DEFERRED pending supplemental briefing and/or a hearing. The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records [medical, institutional, administrative] supporting the approval or denial of this motion.

☐ DENIED after complete review of the motion on the merits.

☐ FACTORS CONSIDERED (Optional)

☐ DENIED WITHOUT PREJUDICE for failure to exhaust remedies (failure to fully exhaust all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf; the lapse of 30 days from the receipt of such a request by the Warden, whichever is earlier).

IT IS SO ORDERED.

6/12/20
DATE

_____
UNITED STATES DISTRICT JUDGE