```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-23-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                            Plaintiff,

            -against-

BENJAMIN LUCRE,

                          Defendant.

-------------------------------------------------------------- x

18-CR-420 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **March 31, 2023** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            March 23, 2023

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**