USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :          **ORDER**
                                       :
BENJAMIN LUCRE                         :
                                       :       18-CR-420 (ALC)
                                       :       _____
                                       :        Docket #
---------------------------------------x


Andrew L. Carter, Jr.
_____, **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to this case
Richard Bruce Lind
_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Joshua Jacob Horowitz
                      _____, NUNC-PRO-TUNC _____.
                            Attorney's Name

                                        SO ORDERED.

                                        _____
                                        **UNITED STATES DISTRICT JUDGE**


**Dated:**   **New York, New York**
             April 5, 2023