**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **5-8-23**

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,                    :
                                             :
                                  Plaintiff, :
                                             :                18-CR-420 (ALC)
                     -against-               :
                                             :                **ORDER**
BENJAMIN LUCRE,                              :
                                             :
                                 Defendant.  :
                                             :
                                             :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing scheduled for May 30, 2023 is adjourned to

**June 13, 2023** at **2:00 p.m.**

**SO ORDERED.**

Dated:        New York, New York
              May 8, 2023

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**