USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-6-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                            Plaintiff,

       -against-

BENJAMIN LUCRE,

                            Defendant.

------------------------------------------------------------- x

18-CR-420 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

    The Violation of Supervised Release Hearing set for September 12, 2023 is adjourned to **September 19, 2023** at **4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             September 6, 2023

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**