USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-23-24

Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 0208 1:18CR00420-12

Benjamin Lucre

On June 15, 2020, the above named was placed on Supervised Release for a period of four (4) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Benjamin Lucre be discharged from Supervised Release.

Respectfully submitted,

by _____
LaToya Harris
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 23 day of February, 20 24.

_____
Honorable Andrew L. Carter, Jr.
U.S. District Judge